Community Standards

[Introduction](#)

**I.**
**Violence and Criminal Behavior**

**II.**
**Safety**

**III.**
**Objectionable Content**

**12.**
**Hate Speech**

13.
Violence and Graphic Content

14.
Adult Nudity and Sexual Activity

15.
Sexual Solicitation

16.
Cruel and Insensitive

**IV.**
**Integrity and Authenticity**

**V.**
**Respecting Intellectual Property**

**VI.**
**Content-Related Requests**

*No. 17-2002, viewed 12/18/2018*

# 12. Hate Speech

Policy Rationale

We do not allow hate speech on Facebook because it creates an environment of intimidation and exclusion and in some cases may promote real-world violence.

We define hate speech as a direct attack on people based on what we call protected characteristics — race, ethnicity, national origin, religious affiliation, sexual orientation, caste, sex, gender, gender identity, and serious disease or disability. We also provide some protections for immigration status. We define attack as violent or dehumanizing speech, statements of inferiority, or calls for exclusion or segregation. We separate attacks into three tiers of severity, as described below.

Sometimes people share content containing someone else's hate speech for the purpose of raising awareness or educating others. Similarly, in some cases, words or terms that might otherwise violate our standards are used self-referentially or in an empowering way. When this is the case, we allow the content, but we expect people to clearly indicate their intent, which helps us better understand why they shared it. Where the intention is unclear, we may remove the content.

We allow humor and social commentary related to these topics. In addition, we believe that people are more responsible when they share this kind of commentary using their authentic identity.

Click here to read our Hard Questions Blog and learn more about our approach to hate speech.



Do not post:

**Tier 1** attacks, which target a person or group of people who share one of the above-listed characteristics or immigration status (including all subsets except those described as having carried out violent crimes or sexual offenses), where attack is defined as

- Any violent speech or support in written or visual form
- Dehumanizing speech such as reference or comparison to:
  - Insects
  - Animals that are culturally perceived as intellectually or physically inferior
  - Filth, bacteria, disease and feces
  - Sexual predator
  - Subhumanity
  - Violent and sexual criminals
  - Other criminals (including but not limited to "thieves," "bank robbers," or saying "all [protected characteristic or quasi-protected characteristic] are 'criminals'")
- Mocking the concept, events or victims of hate crimes even if no real person is depicted in an image
- Designated dehumanizing comparisons in both written and visual form

**Tier 2** attacks, which target a person or group of people who share any of the above-listed characteristics, where attack is defined as

- Statements of inferiority or an image implying a person's or a group's physical, mental, or moral deficiency
  - Physical (including but not limited to "deformed," "undeveloped," "hideous," "ugly")
  - Mental (including but not limited to "retarded," "cretin," "low IQ," "stupid," "idiot")
  - Moral (including but not limited to "slutty," "fraud," "cheap," "free riders")
- Expressions of contempt or their visual equivalent, including (but not limited to)
  - "I hate"
  - "I don't like"
  - "X are the worst"
- Expressions of disgust or their visual equivalent, including (but not limited to)

USCA4 Appeal: 17-2002    Doc: 88-2    Filed: 01/07/2019    Pg: 4 of 4

- "Gross"
- "Vile"
- "Disgusting"
- Cursing at a person or group of people who share protected characteristics

**Tier 3** attacks, which are calls to exclude or segregate a person or group of people based on the above-listed characteristics. We do allow criticism of immigration policies and arguments for restricting those policies.

**Content that describes or negatively targets people with slurs**, where slurs are defined as words commonly used as insulting labels for the above-listed characteristics.

> 11. Privacy Violations and Image Privacy Rights

13. Violence and Graphic Content
>

Facebook © 2018

Report Abuse

No. 17-2002, viewed 12/18/2018